IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. LOCKHART,<br><br>    Petitioner,<br><br>  vs.<br><br>G. J. JANDA,<br><br>    Respondent. | No. C 13-00014 EJD (PR)<br><br>ORDER DENYING MOTION FOR RECONSIDERATION FOR RESENTENCING<br><br><br><br><br>(Docket No. 44) |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Petitioner has filed a "motion to consider" resentencing. (Docket No. 44.) The motion is DENIED without prejudice. The Court will rule on the merits of the submitted issues in due course, and decide whether resentencing is the appropriate remedy if habeas relief is warranted.

    This order terminates Docket No. 44.

DATED: 12/8/2014

EDWARD J. DAVILA
United States District Judge

Order Denying Motion
P:\PRO-SE\EJD\HC.13\00014Lockhart_motion.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A. LOCKHART,

    Plaintiff,

  v.

G. J. JANDA,

    Defendant.

Case No. 5:13-cv-00014-EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/8/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Michael A. Lockhart ID: AF-4021
    Centinela State Prison
    P. O. Box 921
    Imperial, CA 92251

Dated: 12/8/2014

Richard W. Wieking
Clerk, United States District Court

By: *Elizabeth C Garcia* _____
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA