IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. LOCKHART,<br><br>        Petitioner,<br><br>  v.<br><br>G. J. JANDA, Warden,<br><br>        Respondent. | No. C 13-00014 EJD (PR)<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY** |

    The instant petition for writ of habeas corpus has been denied on the merits. Judgment is entered in favor of Respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 5/14/2015

EDWARD J. DAVILA  
United States District Judge

Judgment  
P:\PRO-SE\EJD\HC.13\00014Lockhart_judgment.wpd